FEDERAL DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

THE GUARDIAN INSURANCE COMPANY, )
)
Plaintiff, )
)
vs. )  COMPLAINT
)
LOYOLA UNIVERSITY AS PLAN SPONSOR )
AND ADMINISTRATOR OF THE )
LOYOLA UNIVERSITY EMPLOYEE )
BLUE CROSS AND BLUE SHIELD )
HEALTHCARE PLAN )
)
Defendant. )
)
_____)



FILED-FN4
2004 DEC 23 AM 11:02
CLERK
U.S. DISTRICT COURT

DOCKETED
DEC 27 2004

JUDGE JOAN H. LEFKOW

04C 8265

MAGISTRATE JUDGE ASHMAN

NOW COMES the Plaintiff, The Guardian Insurance Company ("Plaintiff"), by counsel, and for its Complaint for damages, or in the alternative, declaratory relief, against Loyola University as Plan Sponsor and Administrator of the Loyola University Employee Blue Cross Blue Shield Healthcare Plan ("Defendant"), states as follows:

### PARTIES

1. The Plaintiff is a health insurance company organized and existing under the laws of the State of New York with its headquarters located in New York, New York.

2. The Defendant is an employee benefit plan which provides health benefits to its employees, including pharmacy benefits, with its office located in the city of Chicago, State of Illinois.

## JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C.A. § 1332, as the parties are diverse and the amount in controversy exceeds $75,000.00.

4. This Court has jurisdiction over this action since the plaintiff seeks declaratory relief pursuant to 28 U.S.C.A. § 2201.

## VENUE

5. Venue is proper in this Court since the Defendant plan administers benefits to its insured within the State of Illinois and the plan sponsor administers plan benefits through offices located in Chicago, Illinois.

## FACTUAL BACKGROUND

6. Plaintiff is a health insurance company which offers pharmacy benefits to its insureds.

7. Defendant is an employee health benefit plan which offers pharmacy benefits to its insureds.

8. The Defendant plan uses Blue Cross and Blue Shield of Illinois to provide administrative services to the plan.

9. Judith Sobiesk (Mrs. Sobiesk) is, or was, an employee covered by the Defendant's health plan, which offered and provided pharmacy benefit coverage.

10. The Defendant covers Mrs. Sobiesk as the primary provider of benefits under that plan.

11. Gerald Sobiesk ("Mr. Sobiesk") is covered under a policy of insurance by the Plaintiff, with Mrs. Sobiesk being covered as a dependent, thus making Mr. Sobiesk's health insurance through the Plaintiff secondary to Mrs. Sobiesk's employer plan.

12. The Plaintiff paid pharmacy benefits on behalf of Mrs. Sobiesk in an amount exceeding $75,000.00, as if it was her primary insurer, for various prescription fills.

13. Rules of Coordination hold that the plan covering the employee is primary to any other plan covering the employee as a dependent. The Plaintiff covered Mrs. Sobiesk as a dependant of Mr. Sobiesk's plan with the Plaintiff.

14. The Defendant was obligated to pay Mrs. Sobiesk's pharmacy benefits claims as her primary carrier, with any remaining obligation to be paid by the Plaintiff.

15. Once the benefit determination rules are applied and the amount the Defendant would have paid as primary is determined, the amount owed by the Defendant to the Plaintiff will be liquidated.

## CAUSES OF ACTION

### I. INDEMNITY FOR UNJUST ENRICHMENT

16. Plaintiff paid Mrs. Sobiesk's pharmacy benefit claims as the primary carrier, when it is the secondary carrier.

17. Plaintiff has requested reimbursement as a secondary insurer for pharmacy benefits from the Defendant equal to the amount the Defendant should have paid as primary.

18. The Defendant has refused to reimburse the Plaintiff accordingly thereby unjustly enriching itself in an amount in excess of $75,000.00. The Plaintiff paid primary benefits on claims which it should have paid secondary. Therefore, the Plaintiff has paid a debt which should have been paid by the Defendant.

19. Therefore, the Defendant has been unjustly enriched in an amount greater than $75,000.00, entitling the Plaintiff to be indemnified for a certain liquidated sum once the rules of coordination are applied to determine the Defendant's liability.

## II. DECLARATORY JUDGMENT

20. There is a dispute among the parties over which plan should have paid primary on Mrs. Sobiesk's pharmacy benefit claims.

21. The Plaintiff covered Mrs. Sobiesk as a dependant.

22. Mrs. Sobiesk was insured for pharmacy benefits through her employer plan, which is the primary payer.

23. The Defendant owes the Plaintiff the amount the Plaintiff would have paid as the primary payer of Mrs. Sobiesk's pharmacy benefit claims.

24. The Plaintiff seeks declaratory relief under 28 U.S.C. § 2201 in the form of an order compelling the Defendant to reimburse the plaintiff in the an amount equal to what the Defendant should have properly paid as the primary payer.

**WHEREFORE**, the Plaintiff prays for the following relief:

1. Compensatory damages in an amount equal to the amount that should have been paid by the Defendant's for Mrs. Sobiesk's pharmacy benefit claims;

2. A declaration and an order compelling defendant to reimburse the Plaintiff in an amount commensurate with the amount the Defendant should have paid as the primary payer.

2  For all costs, including reasonable attorneys' fees;

3. Trial by jury;

4. To any and all other relief to which the Plaintiff appears to be entitled.

                          **LAW OFFICES OF THOMAS J. POPOVICH, P.C.**

                          One of the Attorneys for Plaintiff

Jay R. Orlowski
LAW OFFICES OF THOMAS J. POPOVICH
3416 W. Elm Street
McHenry, Illinois 60050
815/344-3797
ARDC. 06203684

# CIVIL COVER SHEET

**JS 44** (Rev. 3/99)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**DOCKETED DEC 27 2004**

### (a) PLAINTIFFS
The Guardian Insurance Company

### DEFENDANTS
Loyola University as Plan Sponsor and Administrator of the Loyola University Employee BCB Healthcare Plan

(b) County of Residence of First Listed: NY, NY
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**JUDGE JOAN H. LEFKOW**

(c) Attorney's (Firm Name, Address, and Telephone Number)
Law Offices of Thomas J. Popovich, P.C.
3416 W. Elm St.
McHenry, IL 60050    815/344-3797

Attorneys (If Known)

**04C 8265**

**MAGISTRATE JUDGE ASHMAN**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | PERSONAL PROPERTY | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | | | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Inj. | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | FEDERAL TAX SUITS | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | Determination Under |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

UNJUST ENRICHMENT and DECLARATORY JUDGMENT

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ EXCESS $75,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case _____, previously dismissed by Judge _____

DATE: 12-23-2004
SIGNATURE OF ATTORNEY OF RECORD: Jay R. Orlowski

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA
VS.
LOYOLA UNIVERSITY AS PLAN SPONSOR AND
ADMINISTRATOR OF THE LOYUOLA UNIVERSITY EMPLOYEE
BLUE CROSS AND BLUE SHIELD HEALTHCARE PLAN

DOCKETED DEC 2 7 2004

Case Number 04C 8265

JUDGE JOAN H. LEFKOW

MAGISTRATE JUDGE ASHMAN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

| (A) | (B) |
|---|---|
| SIGNATURE *(signed)* | SIGNATURE *(signed)* |
| NAME: Mark M. Sandmann | NAME: Jay R. Orlowski |
| FIRM: Rawlings & Associates, PLLC | FIRM: Law Offices of Thomas J. Popovich, PC |
| STREET ADDRESS: 325 W. Main St., Suite 1700 | STREET ADDRESS: 3416 W. Elm St. |
| CITY/STATE/ZIP: Louisville, KY 40202 | CITY/STATE/ZIP: McHenry, IL 6050 |
| TELEPHONE NUMBER: (502) 587-1279 | FAX NUMBER: (502) 584-8580 | TELEPHONE NUMBER: (815) 344-3797 | FAX NUMBER: (815) 344-5280 |
| E-MAIL ADDRESS: MMS@RawlingsandAssociates.com | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: 06203684 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☑ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |